# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRENDA CONGDON, | Case No. C16-1629RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff's motion to proceed with her appeal *in forma pauperis* pursuant to Federal Rule of Appellate Procedure 24. Dkt. # 38. Plaintiff's affidavit shows that she is unable to pay the costs of the appeal. Accordingly, the Court GRANTS her motion to proceed with her appeal *in forma pauperis*.

DATED this 21st day of November, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* - 1